FILED
April 27, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D22

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | James Byron Byrd | **Case No :** | 11-25244 - B - 7 |
| | | **Date :** | 4/26/11 |
| | | **Time :** | 09:31 |

**Matter :** [11] - Motion for Relief from Automatic Stay [PPR-1] Filed by Creditor U.S. Bank, N.A. (Fee Paid $150) (jrus)
[11] - Motion/Application for Adequate Protection [PPR-1] Filed by Creditor U.S. Bank, N.A. (jrus)

**Judge :** Thomas Holman
**Courtroom Deputy :** Sarah Head
**Reporter :** NOT RECORDED
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the motion is granted in part. The automatic stay is modified as against the estate and the debtor pursuant to 11 U.S.C. § 362 (d)(1) and (d)(2) in order to permit the movant to foreclose on the real property located at 329 Macon Court, Modesto, California (APN 079-020-029) ("Property") and to obtain possession of the Property following the sale, all in accordance with applicable non-bankruptcy law. The 14-day period specified in Fed. R. Bankr. P. 4001(a)(3) is ordered waived. Except as so ordered, the motion is denied.

Dated: April 27, 2011

Thomas C. Holman
United States Bankruptcy Judge